UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 09-1589 JMR/JJK

PATRINA D. MALONE,

    Plaintiff,

v.

RECEIVABLES MANAGEMENT SOLUTIONS,

    Defendant.

SUMMONS
(civil)

TO:    TO THE ABOVE-NAMED DEFENDANT:

**YOU ARE HEREBY SUMMONED** and required to answer the attached Complaint of the plaintiff that is hereby served upon you. You are required to file the original Answer with the Clerk of this Court and serve a copy of your Answer upon plaintiff's counsel, Paul W. Iversen, WILLIAMS & IVERSEN, P.A., 1611 West County Road B, Suite 208, Roseville, MN 55113, within twenty (20) days after the service of this Summons upon you, exclusive of the day of such service. If you fail to serve your answer within the time and manner set forth above, judgment by default will be rendered against you, without further notice, for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

DATED: 6·22·09

Richard D. Sletten, Clerk

_Kmorales_
By Deputy Clerk

STATE OF MINNESOTA)　　　　　　　　　　　　AFFIDAVIT OF SERVICE
　　　　　　　　　　)SS
COUNTY OF HENNEPIN)

Re: <u>**Our File Reference Number: 50360**</u>

**James W. Rieck**, being first duly sworn upon oath, deposes and states, that on the **24th** day of June 2009, at 12:35 p.m., he served: **Summons and Complaint,** upon **Receivables Management Solutions, Incorporated,** therein named, at **260 E. Wentworth, West St. Paul, 55118,** County of **Dakota**, State of **Minnesota,** by handing to, and leaving with, **Robert Dunham, CEO, officer authorized to accept service,** true and correct copies thereof.

Subscribed and Sworn to before me
this ___ day of _____, 200_.

_____
Notary Public

TAMI A. HILL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2010

_____
James W. Rieck
Process Server

Affidavit Prepared by Excel Legal Courier, L.T.D.

P. Malone